UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GREGORY EMERSON,

        Petitioner,

    v.                    Case No. 20-C-1460

STATE OF WISCONSIN,

        Respondent.

---

## ORDER

---

On September 17, 2020, Petitioner Gregory Emerson filed an unsigned habeas petition and paid his $5.00 filing fee. Pursuant to Federal Rule of Civil Procedure 11(a), "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." If a party fails to sign the pleading, motion, or other paper, it must be stricken "unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Based upon the foregoing, Petitioner is directed to sign and file his habeas petition within 21 days of the date of this order. Petitioner's failure to comply will result in the dismissal of this case.

Dated at Green Bay, Wisconsin this 22nd day of September, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge